1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw @sbcglobal.net
   Attorney for Plaintiff
5

6

7

8              UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                    EASTERN DIVISION

10

11 JOSEPH M. SALGADO,             )   CASE NO.: **EDCV 08-00416 PLA**
                                  )
12          Plaintiff,            )   ORDER AWARDING
                                  )   EAJA FEES
13      v.                        )
                                  )
14 MICHAEL J. ASTRUE,             )
   Commissioner of Social Security,)
15                                )
            Defendant.            )
16 _____  )

17

18      Based upon the parties' Stipulation for Award and Payment of Equal Access

19 to Justice Act (EAJA) Fees ("Stipulation"),

20      **IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be

21 awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the

22 amount of THREE THOUSAND THREE HUNDRED EIGHTY-SEVEN

23 DOLLARS and no/cents ($3,387.00), as authorized by  28 U.S.C. § 2412 (d), and

24 subject to the terms and conditions of the Stipulation.

25      DATED:    October 7, 2009

26                                   _____
27                                   Paul L. Abrams
                                     UNITED STATES MAGISTRATE JUDGE
28